```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 06 B 12387
    LESCHON RUCKES
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-2037


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 09/29/2006 and was confirmed 03/29/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 12/13/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED VEHIC    15281.23        620.33        4175.11
AMERICREDIT FINANCIAL SV  UNSEC W/INTER    NOT FILED          .00            .00
AMERICREDIT FINANCIAL SV  NOTICE ONLY      NOT FILED          .00            .00
ANDREW D ROSS             UNSEC W/INTER     5942.25        242.91            .00
FIRST MIDWEST BANK        NOTICE ONLY      NOT FILED          .00            .00
FIRST MIDWEST BANK        NOTICE ONLY      NOT FILED          .00            .00
FIRST MIDWEST BANK        NOTICE ONLY      NOT FILED          .00            .00
HOLLYWOOD VIDEO           NOTICE ONLY      NOT FILED          .00            .00
PREMIER BANKCARD          UNSEC W/INTER      419.26           .00            .00
APPLE AUTO CASH EXPRESS   UNSEC W/INTER    NOT FILED          .00            .00
GFG LOAN CO/PAYDAY        UNSEC W/INTER     1321.53         54.03            .00
AMERICAS FINANCIAL CHOIC  UNSEC W/INTER     1076.51         44.01            .00
GFG LOAN COMPANY          NOTICE ONLY      NOT FILED          .00            .00
PEKAY & BLITSTEIN PC      NOTICE ONLY      NOT FILED          .00            .00
ILLINOIS TITLE LOANS      UNSEC W/INTER    NOT FILED          .00            .00
HAMMOND RADIOLOGIST       NOTICE ONLY      NOT FILED          .00            .00
HAMMOND RADIOLOGISTS      NOTICE ONLY      NOT FILED          .00            .00
SOUTH SUBURBAN HOSPITAL   UNSEC W/INTER    NOT FILED          .00            .00
SOUTH SUBURBAN HOSPITAL   NOTICE ONLY      NOT FILED          .00            .00
THORNCREEK TOWNHOMES LLC  UNSEC W/INTER     4960.84        202.81            .00
UNION AUTO SALES          NOTICE ONLY      NOT FILED          .00            .00
FIRST MIDWEST BANK        UNSEC W/INTER      515.57         17.99            .00
ROSEMARY HENDRICKS        NOTICE ONLY      NOT FILED          .00            .00
LEDFORD & WU              DEBTOR ATTY       2,500.00                      2,500.00
TOM VAUGHN                TRUSTEE                                           519.39
DEBTOR REFUND             REFUND                                             13.26

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 12387 LESCHON RUCKES
```

```
TRUSTEE                                  8,389.84

PRIORITY                                                         .00
SECURED                                                     4,175.11
    INTEREST                                                  620.33
UNSECURED                                                        .00
    INTEREST                                                  561.75
ADMINISTRATIVE                                              2,500.00
TRUSTEE COMPENSATION                                          519.39
DEBTOR REFUND                                                  13.26
                                     ---------------  ---------------
TOTALS                                   8,389.84           8,389.84
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 09/11/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                        PAGE   2
        CASE NO. 06 B 12387 LESCHON RUCKES